620

Submitted February 27, 1984. William T. Krzton, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.

474 A.2d 686

Commonwealth v. Cregg, Appellant.

Argued April 11, 1984. Charles F. Gilchrest, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

474 A.2d 687

Commonwealth v. Davis, Appellant.

Submitted January 19, 1984. Michael F. Giampietro, for

appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, HESTER and ROBERTS, JJ.

Judgment of sentence affirmed as to appellant's burglary conviction; judgments of sentence for theft, receiving stolen property and criminal trespass are vacated.

474 A.2d 687

Commonwealth v. Davis, Appellant.

Submitted January 20, 1984. Ferris Peter Webby, Assistant Public Defender, for appellant; Robert J. Gillespie, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.

474 A.2d 687

Commonwealth v. De Shields, Appellant.

Submitted January 4, 1984. Peter V. Marks, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.